**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SARAH L. MAY,

    Plaintiff-Appellant,

  v.

ANDREW M. SAUL, Commissioner of
Social Security,

    Defendant-Appellee.

No.    20-35306

D.C. No. 3:19-cv-05393-MLP

ORDER[*]

Appeal from the United States District Court
for the Western District of Washington
Michelle L. Peterson, Magistrate Judge, Presiding

Argued and Submitted May 5, 2021
Seattle, Washington

Before:  CHRISTEN and BENNETT, Circuit Judges, and SILVER,[**] District
Judge.

    The Commissioner's unopposed motion to vacate the district court's

judgment affirming the Commissioner's final decision and to remand this case to

the district court is granted.  Dkt. No. 43.  The district court's judgment is therefore

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]    The Honorable Roslyn O. Silver, United States District Judge for the
District of Arizona, sitting by designation.

vacated, and we remand to the district court with instructions to remand the case to the agency for further proceedings consistent with *Carr v. Saul*, 141 S. Ct. 1352 (2021).

**VACATED and REMANDED.**